HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
MANUEL CAMPOS RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18:cr-00230-KJM |
| Plaintiff, | STIPULATION AND ORDER TO AMEND JUDGMENT PURSUANT TO RULE 35(A) |
| vs. | Judge: Hon. Kimberly J. Mueller |
| MANUEL CAMPOS RODRIGUEZ, | |
| Defendant. | |

Mr. Rodriguez was sentenced on June 29, 2020.  The sentence included two terms of supervised release on the two counts of 18 U.S.C. § 1028A.  The parties agreed and the Court ordered the terms to run consecutively.  After the sentencing hearing, it was brought to the parties' attention that under 18 U.S.C. § 3624(e), the terms are to run concurrently.

"Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error."  Fed. R. Crim. P. 35(a).  The parties hereby stipulate that the order of consecutive terms of supervision is "clear error."  The parties stipulate and request that the terms of supervised release be ordered to run *concurrently* for a total term of *one year*.

///

///

///

1
2                                                         Respectfully submitted,
3    Dated: June 30, 2020                                  HEATHER E. WILLIAMS
                                                           Federal Defender
4
                                                           /s/ *Mia Crager*
5                                                          MIA CRAGER
                                                           Assistant Federal Defender
6                                                          Attorney for Defendant
7                                                          MANUEL CAMPOS RODRIGUEZ

8    Dated: June 30, 2020
                                                           McGREGOR W. SCOTT
9                                                          United States Attorney

10                                                         /s/ Lee Saara Bickley
                                                           LEE SAARA BICKLEY
11                                                         Assistant U.S. Attorney
                                                           Attorney for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

**ORDER**

IT IS HEREBY ORDERED that the judgment be amended pursuant to Rule 35 as follows: the terms of supervised release on Counts 1 and 2 are to run *concurrently*, for a total term of *one year*.

Dated:  June 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE