McGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-230 KJM |
|---|---|
| Plaintiff, | RESTITUION ORDER |
| v. | DATE: AUGUST 17, 2020 |
| MANUEL CAMPOS RODRIGUEZ, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of August, 2020, that Manuel Campos Rodriguez is ordered to pay restitution in the following amounts to the following victims: $2,451.52 to Citibank and $427.39 to Department Stores National Bank. Restitution is to be sent to the Clerk of Court who shall forward it to the victims. If incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. The interest is waived.

DATED: August 20, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE